## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

LAWANNA CRAIG                                                                                    PLAINTIFF

v.                                         No. 2:12CV00114 JLH

CITY OF BRINKLEY, ARKANSAS;                                                         DEFENDANT
and MICHAEL EDWARDS, in his official
and individual capacities as Chief of                                                     DEFENDANT/
Brinkley Police Department                                                           COUNTER-CLAIMANT

### ORDER

On May 13, 2013, Lawanna Craig moved to compel Rule 26(a) disclosures from Michael Edwards. The motion stated that Michael Edwards had never provided initial disclosures as required by Rule 26(a). No response to the motion has been filed. On May 31, 2013, the Court wrote the lawyers and pointed out that no response to the motion had been filed. The court stated, "If the motion has been resolved, please let me know. If the motion has not been resolved, I need Mr. Edwards to file his response by next Friday." No party filed any response to the Court's letter. The motion to compel is therefore GRANTED. Document #27. If he has not done so already, Michael Edwards is ordered to provide complete and full disclosures as required by Rule 26(a) on or before June 19, 2013.

IT IS SO ORDERED this 12th day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE